FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
29290
17-MAY-2012
07:57 AM**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---oOo---

WILLIAM D. HOSHIJO, Executive Director on Behalf
of the Complaint filed by Del M. Scotto, and the Civil
Rights Commission, State of Hawaii, Appellant-Appellee,
v. JANENE CARACAUS, Appellee-Appellant
(CIVIL NO. 07-1-1325)

and

LORETTA RAMOS, Executrix of the Estate of
Del M. Scotto, Appellant-Appellee, and JANENE CARACAUS,
Appellant-Appellant, v. LISA WONG, SARAH BANKS,
LESLIE ALAN UEOKA, and MARK G. VALENCIA, in their
official capacities as Commissioners of the HAWAII
CIVIL RIGHTS COMMISSION, DEPARTMENT OF LABOR &
INDUSTRIAL RELATIONS, STATE OF HAWAII, WILLIAM D.
HOSHIJO, in his official capacity as Executive Director
of the HAWAII CIVIL RIGHTS COMMISSION, DEPARTMENT OF LABOR
& INDUSTRIAL RELATIONS, STATE OF HAWAII, Appellees-Appellees
(CIVIL NO. 07-1-0230)

NO. 29290

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

MAY 17, 2012

NAKAMURA, CHIEF JUDGE, FOLEY and LEONARD, JJ.

ORDER OF CORRECTION
(By:  Leonard, J., for the court)

IT IS HEREBY ORDERED that the Opinion of the court, filed on April 27, 2012, is hereby corrected as follows:

At the following pages on the specified line(s), change the word "SMI" to "SCI" so as to read: SCI Mgmt. Corp.

Page 14, lines 7 and 16 from bottom

Page 16, line 9 from top

Page 17, lines 15 and 31 from top

Page 22, lines 13, 19 and 30 from top

Page 23, line 9 from top and line 2 from bottom

Page 24, line 3 from bottom

The clerk of the court is directed to incorporate the foregoing changes in the original Opinion and take all necessary steps to notify the publishing agencies of these changes.

FOR THE COURT:

Associate Judge